**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: WHITE MOUNTAIN HOLDINGS, INC. | § | Case No. 09-74572 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 19, 2009.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         53,719.17

   Funds were disbursed in the following amounts:
   | | |
   |---|---:|
   | Payments made under an interim distribution | 12,632.00 |
   | Administrative expenses | 18,712.85 |
   | Bank service fees | 968.27 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 21,406.05 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/09/2010 and the deadline for filing governmental claims was 04/17/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,935.96. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,935.96, for a total compensation of $5,935.96.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/24/2013        By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74572  
**Case Name:** WHITE MOUNTAIN HOLDINGS, INC.

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/19/09 (f)  
**§341(a) Meeting Date:** 11/24/09

**Period Ending:** 01/24/13

**Claims Bar Date:** 03/09/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Funds from APD (u) | 0.00 | 0.00 | | 45.42 | FA |
| 2 | Funds received by Enterprise Leasing (u) Described as credit balance on account | 0.00 | 0.00 | | 2,503.25 | FA |
| 3 | ComEd Deposit | 900.00 | 900.00 | DA | 0.00 | FA |
| 4 | Franchisee of Closets by Design | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2005 Ford Van VIN ending 97008 | 8,000.00 | 8,000.00 | | 1,500.00 | FA |
| 6 | 2005 Ford Van VIN ending 04087 | 7,000.00 | 7,000.00 | | 1,500.00 | FA |
| 7 | Misc Office Equipment | 2,380.00 | 2,380.00 | | 502.00 | FA |
| 8 | Equipment | 86,945.00 | 51,945.00 | | 47,663.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.50 | Unknown |
| 9 | **Assets Totals** (Excluding unknown values) | **$105,225.00** | **$70,225.00** | | **$53,719.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

TAX RETURNS TO BE PREPARED AND FILED. ACCOUNTANTS HAVE REQUESTED COPIES OF PRIOR RETURNS FROM IRS. NO RESPONSE TO DATE.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010      **Current Projected Date Of Final Report (TFR):** July 1, 2013

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-74572  
**Case Name:** WHITE MOUNTAIN HOLDINGS, INC.

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****73-65 - Money Market Account

**Taxpayer ID #:** **-***8030  
**Period Ending:** 01/24/13

**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/09 | {1} | Automatic Data Processing | Turnover of Undisclosed Funds | 1290-000 | 45.42 | | 45.42 |
| 12/23/09 | {2} | Enterprise Leasong Company of Chicago LLC | Refund for credit balance on account | 1290-000 | 2,503.25 | | 2,548.67 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 2,548.68 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,548.78 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,548.87 |
| 03/11/10 | | Ernie's Wrecker Service, Inc. | Purchase of trucks. | | 3,000.00 | | 5,548.87 |
| | {5} | | | 1,500.00 | 1129-000 | | 5,548.87 |
| | {6} | | | 1,500.00 | 1129-000 | | 5,548.87 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 5,549.05 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 5,549.08 |
| 04/06/10 | | Wire out to BNYM account 9200******7365 | Wire out to BNYM account 9200******7365 | 9999-000 | -5,549.08 | | 0.00 |

| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -5,549.08 | 0.00 | |
| | | | **Subtotal** | | **5,549.08** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,549.08** | **$0.00** | |

{} Asset reference(s)

Printed: 01/24/2013 03:40 PM   V.13.11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-74572
**Case Name:** WHITE MOUNTAIN HOLDINGS, INC.

**Taxpayer ID #:** **-***8030
**Period Ending:** 01/24/13

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** Rabobank, N.A.
**Account:** ****015466 - Checking Account
**Blanket Bond:** $606,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 21,406.05 | | 21,406.05 |
| | | | **ACCOUNT TOTALS** | | **21,406.05** | **0.00** | **$21,406.05** |
| | | | Less: Bank Transfers | | 21,406.05 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/24/2013 03:40 PM    V.13.11

Exhibit B

## FORM 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-74572 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | WHITE MOUNTAIN HOLDINGS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******73-65 - Checking Account |
| Taxpayer ID #: | **-***8030 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 01/24/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7365 | Wire in from JPMorgan Chase Bank, N.A. account ********7365 | 9999-000 | 5,549.08 | | 5,549.08 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 5,549.31 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 5,549.64 |
| 06/03/10 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-74572, BOND #016018067 | 2300-000 | | 4.38 | 5,545.26 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 5,545.58 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.33 | | 5,545.91 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.32 | | 5,546.23 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,546.27 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,546.31 |
| 11/12/10 | | Auctions Appraisals & Liquidations, Inc | Auction proceeds from sale of office and shop equipment | | 35,132.00 | | 40,678.31 |
| | {7} | | Office Equipment sold at Auction    502.00 | 1129-000 | | | 40,678.31 |
| | {8} | | Equipment Sold at Auction    47,663.00 | 1129-000 | | | 40,678.31 |
| | | | Auctioneer's Contracted 20% Commission    -9,633.00 | 3610-000 | | | 40,678.31 |
| | | | Advertising Expenses for Auctioneer    -3,400.00 | 3620-000 | | | 40,678.31 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 40,678.50 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,678.84 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 40,679.18 |
| 02/14/11 | | To Account #9200******7366 | Transfer to Pay Secured Claim of PNC Bank | 9999-000 | | 13,200.00 | 27,479.18 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.26 | | 27,479.44 |
| 03/15/11 | | To Account #9200******7366 | Transfer of funds | 9999-000 | | 1,500.00 | 25,979.44 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 25,979.66 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,979.87 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 25,980.09 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,980.30 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 25,980.52 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.83 | 25,930.69 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.22 | | 25,930.91 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.40 | 25,870.51 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | -1.78 | 25,872.29 |

Subtotals :    $40,685.12    $14,812.83

{} Asset reference(s)

Printed: 01/24/2013 03:40 PM    V.13.11

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-74572  
**Case Name:** WHITE MOUNTAIN HOLDINGS, INC.  
**Taxpayer ID #:** **-***8030  
**Period Ending:** 01/24/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******73-65 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Adjustment | | | | |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,872.50 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.16 | 25,819.34 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,819.55 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.28 | 25,768.27 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,768.48 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.48 | 25,712.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,712.21 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.83 | 25,659.38 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,659.59 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.09 | 25,603.50 |
| 02/02/12 | | To Account #9200******7366 | Transfer to combine accounts | 9999-000 | | 25,603.50 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,686.17 | 40,686.17 | $0.00 |
| | | | Less: Bank Transfers | | 5,549.08 | 40,303.50 | |
| | | | **Subtotal** | | 35,137.09 | 382.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$35,137.09** | **$382.67** | |

{} Asset reference(s)

Printed: 01/24/2013 03:40 PM    V.13.11

Exhibit B

# FORM 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-74572  
**Case Name:** WHITE MOUNTAIN HOLDINGS, INC.  
**Taxpayer ID #:** **-***8030  
**Period Ending:** 01/24/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******73-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/14/11 | | From Account #9200******7365 | Transfer to Pay Secured Claim of PNC Bank | 9999-000 | 13,200.00 | | 13,200.00 |
| 02/14/11 | 101 | PNC Bank | Ref # PNC BANK - HOMAG SAW | 4210-000 | | 12,632.00 | 568.00 |
| 03/15/11 | | From Account #9200******7365 | Transfer of funds | 9999-000 | 1,500.00 | | 2,068.00 |
| 03/15/11 | 102 | Traditional Millwork & Supply Inc | Pymt of Post-Petition Storage Charges 11/01/09 - 03/01/10 | 2410-000 | | 1,250.00 | 818.00 |
| 06/02/11 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2011 FOR CASE #09-74572, BOND #016018067 | 2300-000 | | 25.35 | 792.65 |
| 02/02/12 | | From Account #9200******7365 | Transfer to combine accounts | 9999-000 | 25,603.50 | | 26,396.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.68 | 26,347.47 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.98 | 26,293.49 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.08 | 26,241.41 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.15 | 26,182.26 |
| 06/04/12 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #09-74572, #016018067 | 2300-000 | | 49.52 | 26,132.74 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.80 | 26,080.94 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.00 | 26,023.94 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.10 | 25,968.84 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.66 | 25,919.18 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.42 | 25,860.76 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.99 | 25,807.77 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.12 | 25,756.65 |
| 01/02/13 | 105 | WIPFLI LLP | Ref # 402733/692819 | 3410-000 | | 4,350.60 | 21,406.05 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 21,406.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 40,303.50 | 40,303.50 | $0.00 |
| | | | Less: Bank Transfers | | 40,303.50 | 21,406.05 | |
| | | | **Subtotal** | | 0.00 | 18,897.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$18,897.45** | |

{} Asset reference(s)

Printed: 01/24/2013 03:40 PM    V.13.11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 09-74572 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** WHITE MOUNTAIN HOLDINGS, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******73-66 - Checking Account |
| **Taxpayer ID #:** **-***8030 | **Blanket Bond:** $606,000.00 (per case limit) |
| **Period Ending:** 01/24/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | |
|---:|---:|
| Net Receipts : | 40,686.17 |
| Plus Gross Adjustments : | 13,033.00 |
| Net Estate : | $53,719.17 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****73-65 | 5,549.08 | 0.00 | 0.00 |
| Checking # ****015466 | 0.00 | 0.00 | 21,406.05 |
| Checking # 9200-******73-65 | 35,137.09 | 382.67 | 0.00 |
| Checking # 9200-******73-66 | 0.00 | 18,897.45 | 0.00 |
| | **$40,686.17** | **$19,280.12** | **$21,406.05** |

{} Asset reference(s)                                        Printed: 01/24/2013 03:40 PM    V.13.11

# Claims Proposed Distribution

### Case:  09-74572   WHITE MOUNTAIN HOLDINGS, INC.

Report Includes ONLY Claims with a Proposed Distribution

| **Case Balance:** | $21,406.05 | **Total Proposed Payment:** | $21,406.05 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BERNARD J. NATALE, LTD. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 93.46 | 93.46 | 0.00 | 93.46 | 93.46 | 21,312.59 |
| | BERNARD J. NATALE, LTD. <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 8,793.50 | 8,793.50 | 0.00 | 8,793.50 | 8,793.50 | 12,519.09 |
| | BERNARD J. NATALE <2100-00 Trustee Compensation> | Admin Ch. 7 | 5,935.96 | 5,935.96 | 0.00 | 5,935.96 | 5,935.96 | 6,583.13 |
| | ILLINOIS DEPARTMENT OF REVENUE | Priority | 0.00 | 171.88 | 0.00 | 171.88 | 171.88 | 6,411.25 |
| | INTERNAL REVENUE SERVICE | Priority | 0.00 | 49.84 | 0.00 | 49.84 | 49.84 | 6,361.41 |
| | INTERNAL REVENUE SERVICE | Priority | 0.00 | 213.13 | 0.00 | 213.13 | 213.13 | 6,148.28 |
| | INTERNAL REVENUE SERVICE | Priority | 0.00 | 687.50 | 0.00 | 687.50 | 687.50 | 5,460.78 |
| 14 -2 | Rochelle Pall | Priority | 3,437.52 | 2,315.17 | 0.00 | 2,315.17 | 2,315.17 | 3,145.61 |
| | ILLINOIS DEPARTMENT OF REVENUE | Priority | 0.00 | 6.88 | 0.00 | 6.88 | 0.26 | 3,145.35 |
| | INTERNAL REVENUE SERVICE | Priority | 0.00 | 49.84 | 0.00 | 49.84 | 1.89 | 3,143.46 |
| | INTERNAL REVENUE SERVICE | Priority | 0.00 | 213.13 | 0.00 | 213.13 | 8.10 | 3,135.36 |
| | INTERNAL REVENUE SERVICE | Priority | 0.00 | 213.13 | 0.00 | 213.13 | 8.10 | 3,127.26 |
| 16P | Department of Treasury Internal Revenue Service | Priority | 82,310.83 | 82,310.83 | 0.00 | 82,310.83 | 3,127.26 | 0.00 |
| | **Total for Case 09-74572 :** | | **$100,571.27** | **$101,054.25** | **$0.00** | **$101,054.25** | **$21,406.05** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $14,822.92 | $14,822.92 | $0.00 | $14,822.92 | 100.000000% |
| **Total Priority Claims :** | $85,748.35 | $86,231.33 | $0.00 | $6,583.13 | 7.634267% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-74572
Case Name: WHITE MOUNTAIN HOLDINGS, INC.
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 21,406.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13-3 | PNC Bank | 12,632.00 | 12,632.00 | 12,632.00 | 0.00 |
| 13S-3 | PNC BANK | 12,632.00 | 12,632.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 21,406.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 5,935.96 | 0.00 | 5,935.96 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 8,793.50 | 0.00 | 8,793.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 93.46 | 0.00 | 93.46 |

Total to be paid for chapter 7 administration expenses: $ 14,822.92
Remaining balance: $ 6,583.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,583.13

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $86,231.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | INTERNAL REVENUE SERVICE | 213.13 | 0.00 | 8.10 |
|  | INTERNAL REVENUE SERVICE | 49.84 | 0.00 | 1.89 |
|  | ILLINOIS DEPARTMENT OF REVENUE | 6.88 | 0.00 | 0.26 |
|  | INTERNAL REVENUE SERVICE | 213.13 | 0.00 | 8.10 |
| 14 -2 | Rochelle Pall | 3,437.52 | 0.00 | 3,437.52 |
| 16P | Department of Treasury Internal Revenue Service | 82,310.83 | 0.00 | 3,127.26 |

Total to be paid for priority claims:  $      6,583.13
Remaining balance:  $              0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 264,746.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Credit Decisions International | 1,900.00 | 0.00 | 0.00 |
| 2 | Metro Hardwoods | 20,930.36 | 0.00 | 0.00 |
| 3 | Advanta Bank Corp. | 18,517.62 | 0.00 | 0.00 |
| 4 | Groot | 1,011.22 | 0.00 | 0.00 |
| 5 | Yellow Book Ssales & Distribution Inc | 38,126.00 | 0.00 | 0.00 |
| 6 | City of Evanston | 50.00 | 0.00 | 0.00 |
| 7 | Fia Card Services, NA/Bank of America | 2,556.80 | 0.00 | 0.00 |
| 8 | Fia Card Services, NA/Bank of America | 42,790.49 | 0.00 | 0.00 |
| 9 | Traditional Millwork and Supply, Inc. | 1,700.00 | 0.00 | 0.00 |
| 10 | Wright Express | 1,925.49 | 0.00 | 0.00 |
| 11 | CBD Franchising | 104,047.48 | 0.00 | 0.00 |
| 12 | CBD Franchising | 0.00 | 0.00 | 0.00 |
| 13U-3 | PNC BANK | 18,292.57 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | Illinois Department of Revenue | 454.99 | 0.00 | 0.00 |
| 16U | Department of Treasury Internal Revenue Service | 12,443.91 | 0.00 | 0.00 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   |   |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**