UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: WHITE MOUNTAIN HOLDINGS, INC. | § Case No. 09-74572 |
| | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/27/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  01/24/2013          By:  /s/BERNARD J. NATALE
                                                                             Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WHITE MOUNTAIN HOLDINGS, INC.  § Case No. 09-74572
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 53,719.17 |
| *and approved disbursements of* | $ 32,313.12 |
| *leaving a balance on hand of* [1] | $ 21,406.05 |
| **Balance on hand:** | $ 21,406.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 -3 | PNC Bank | 12,632.00 | 12,632.00 | 12,632.00 | 0.00 |
| 13S-3 | PNC BANK | 12,632.00 | 12,632.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 21,406.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 5,935.96 | 0.00 | 5,935.96 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 8,793.50 | 0.00 | 8,793.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 93.46 | 0.00 | 93.46 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 14,822.92 |
| Remaining balance: | $ 6,583.13 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | | $ | 0.00 |
| Remaining balance: | | $ | 6,583.13 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $86,231.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 213.13 | 0.00 | 8.10 |
| | INTERNAL REVENUE SERVICE | 49.84 | 0.00 | 1.89 |
| | ILLINOIS DEPARTMENT OF REVENUE | 6.88 | 0.00 | 0.26 |
| | INTERNAL REVENUE SERVICE | 213.13 | 0.00 | 8.10 |
| 14 -2 | Rochelle Pall | 3,437.52 | 0.00 | 3,437.52 |
| 16P | Department of Treasury Internal Revenue Service | 82,310.83 | 0.00 | 3,127.26 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | | $ | 6,583.13 |
| Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 264,746.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Credit Decisions International | 1,900.00 | 0.00 | 0.00 |
| 2 | Metro Hardwoods | 20,930.36 | 0.00 | 0.00 |
| 3 | Advanta Bank Corp. | 18,517.62 | 0.00 | 0.00 |
| 4 | Groot | 1,011.22 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 5 | Yellow Book Ssales & Distribution Inc | 38,126.00 | 0.00 | 0.00 |
| 6 | City of Evanston | 50.00 | 0.00 | 0.00 |
| 7 | Fia Card Services, NA/Bank of America | 2,556.80 | 0.00 | 0.00 |
| 8 | Fia Card Services, NA/Bank of America | 42,790.49 | 0.00 | 0.00 |
| 9 | Traditional Millwork and Supply, Inc. | 1,700.00 | 0.00 | 0.00 |
| 10 | Wright Express | 1,925.49 | 0.00 | 0.00 |
| 11 | CBD Franchising | 104,047.48 | 0.00 | 0.00 |
| 12 | CBD Franchising | 0.00 | 0.00 | 0.00 |
| 13U-3 | PNC BANK | 18,292.57 | 0.00 | 0.00 |
| 15 | Illinois Department of Revenue | 454.99 | 0.00 | 0.00 |
| 16U | Department of Treasury Internal Revenue Service | 12,443.91 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $     0.00
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 09-74572-TML
White Mountain Holdings, Inc.                                                   Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: lorsmith              Page 1 of 3              Date Rcvd: Feb 06, 2013
                               Form ID: pdf006             Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2013.
```
db         +White Mountain Holdings, Inc.,    1100 Mink Trail,    Cary, IL 60013-6065
aty        +Ryan T Schultz,    Fox Hefter Swibel Levin & Carroll LLP,    200 W Madison Street, Suite 3000,
             Chicago, IL 60606-3417
aty        +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
14602944   +Ad Cart,   P.O. Box 5990,    Valencia, CA 91380-5990
14954790    Advanta Bank Corp.,    Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
14602949   +BG-1 Limited Partnership,    c/o Nicholson, Porter & List,    1300 Higgins Rd., Ste. 104,
             Park Ridge, IL 60068-5764
14602947   +Bank of America Business Credit Express,    P.O. Box 15184,    Wilmington, DE 19886-5184,    #5831
14602948   +Bank of America Visa Business Card,    P.O. Box 22031,    Greensboro, NC 27420-2031,    #0977
14602951   +CBD Franchising,    c/o Reeder, Lu, Green LLP,    2121 Avenue of the Stars, Ste. 950,
             Los Angeles, CA 90067-5071
14602950   +Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492,    #3844
14602952   +Cebeyond Communications,    320 Interstate Parkway SE,    Atlanta, GA 30339-2213
14602953   +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153,    #1306
14602954   +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153,    #4271
14602955   +Chicago Magazine,    14844 Collection Center Drive,    Chicago, IL 60693-0148,    #0221
14602957   +Chicago Tribune,    c/o Merchants Credit Guide,    223 W. Jackson Blvd.,    Chicago, IL 60606-6908,
             #1726
14602958   +Citi Cards,    P.O. Box 688901,    Des Moines, IA 50368-8901,    #2437
14602959   +CitiBusiness Platinum Select Card,    P.O. Box 688901,    Des Moines, IA 50368-8901,    #4210
14602960    City of Evanston,    P.O. Box 3214,    Milwaukee, WI 53201-3214
14602961   +Closets by Design Franchising, Inc.,    c/o Reeder, Lu & Green,
             2121 Avenue of the Stars, Suite 950,    Los Angeles, CA 90067-5071
14602962   +Collins Supply,    6465 N. Avondale,    Chicago, IL 60631-1909
14602964   +Country Gas,    4010 Highway 14,    Crystal Lake, IL 60014-8299
14602965   +Country Insurance,    P.O. Box 2100,    Bloomington, IL 61702-2100,    #0001
14602966   +Coupon Magazine,    85 Market St., Ste. 105,    Elgin, IL 60123-5083
14602967   +Decorative Specialties,    P.O. Box 541071,    Los Angeles, CA 90054-1071,    #CLOBG2
14602968   +Enterprise Fleet Services,    P.O. Box 6293,    Carol Stream, IL 60197-6293,    #77193
14602969   +Ernie's Wrecker Service,    909 S. Milwaukee Ave.,    Vernon Hills, IL 60061-3193
14602971   +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
             Houston, TX 77081-1108,    #3914
14602973   +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
             Houston, TX 77081-1108,    #6411
14602972   +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
             Houston, TX 77081-1108,    #6504
14602974   +Groot,    29900 N. Highway 41,    Lake Bluff, IL 60044-1105
16436897    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
14602975   +Metro Hardwoods,    c/o Marso & Michelson P.A,    3101 Irving Ave. South,
             Minneapolis, MN 55408-2516
14602977   +National City,    P.O. Box 8043,    Royal Oak, MI 48068-8043,    #3834
14602976   +National City,    1177 Lake Cook Rd.,    Buffalo Grove, IL 60089-1956,    #3989
15263664   +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14603152   #+Patrick Montblanc,    1100 Mink Trail,    Cary, IL 60013-6065
14602979   ##+R.H. Donnelley,   c/o LiquiDebt Systems,    29W170 Butterfield Rd., Ste. 102,
             Warrenville, IL 60555-2808,    #6772
14602980   +Robert MontBlanc,    13991 Inglenook Lane,    Carmel, IN 46032-7088
15666297   +Rochelle Pall,    1124 Burr Street,    Lake in the Hills, Illinois 60156-1123
14602982   +Save On Everything,    1000 W. Maple Road, Ste. 200,    Troy, MI 48084-5368,    #9700
14602983   +Stiles Machinery,    396544th SE,    Grand Rapids, MI 49512-3982,    #108226
14602984   +Total Tooling,    1475 Elmhurst Rd.,    Elk Grove Village, IL 60007-6400
14602985   +Traditional Millwork and Supply, Inc.,    155 Wicks Street,    Grayslake, IL 60030-2436
14602986   +Travelocity Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337,    #0891
14602987   +Val Pak,   12 Salt Creek Lane, Ste. 325,    Hinsdale, IL 60521-3783
14976324   +Yellow Book Ssales & Distribution Inc,    c/o RMS Bankruptcy Recovery Serv (HB),    POB 5126,
             Timonium MD 21094-5126
14602989   +Yellow Book USA,    398 RexCorp Plaza,    Uniondale, NY 11556-3826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14602945    E-mail/Text: bkr@cardworks.com Feb 07 2013 02:18:12     Advanta Bank Corp,    P.O. Box 8088,
             Philadelphia, PA 19101,    #5278
14602946   +E-mail/Text: rkeck@wurthbaersupply.com Feb 07 2013 02:25:37     Baer Supply,
             909 Forest Edge Drive,    Vernon Hills, IL 60061-3149,    #7061
14602956   +E-mail/Text: collections@bluelynxmedia.com Feb 07 2013 03:53:27     Chicago Tribune,
             14839 Collection Center Drive,    Chicago, IL 60693-0148,    #0221
14602963   +E-mail/Text: legalcollections@comed.com Feb 07 2013 01:58:53     Com Ed,    P.O. Box 6111,
             Carol Stream, IL 60197-6111
14861112   +E-mail/Text: mail@creditdecisions.com Feb 07 2013 02:23:26     Credit Decisions International,
             95 Randall Street,    Elk Grove Village IL 60007-1013
19365208    E-mail/Text: cio.bncmail@irs.gov Feb 07 2013 01:50:03
             Department of Treasury  Internal Revenue Service,    P O Box 7346,    Philadelphia, PA  19101-7346
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 3                   Date Rcvd: Feb 06, 2013
                              Form ID: pdf006             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15159733        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2013 02:29:41
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
14602978       +E-mail/Text: mail@creditdecisions.com Feb 07 2013 02:23:26       Quintessential Barrington,
                c/o Credit Decisions International Ltd.,    95 Randall Street,    Elk Grove Village, IL 60007-1013
14602981       +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2013 02:04:30       Sam's Club Discover,
                P.O. Box 960016,   Orlando, FL 32896-0016,    #6970
14602988       +E-mail/Text: bankruptcy@wrightexpress.com Feb 07 2013 02:24:27       Wright Express,
                c/o Fleet Services,    P.O. Box 6293,   Carol Stream, IL 60197-6293,    #7193
15189698       +E-mail/Text: bankruptcy@wrightexpress.com Feb 07 2013 02:24:27       Wright Express,
                c/o Fleet Services,    Financial Services,    POB 639,   Portland ME 04104-0639
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14602970     ##+First Equity Card,   P.O. Box 84075,   Columbus, GA 31908-4075,    #3308
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2013**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 3 of 3                  Date Rcvd: Feb 06, 2013
                              Form ID: pdf006             Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2013 at the address(es) listed below:

```
          Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    on behalf of Accountant Neal  Richardson natalelaw@bjnatalelaw.com,
           IL42@ecfcbis.com
          Bernard J Natale    on behalf of Auctioneer Bob  King natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
          Elizabeth Gayle Peterson    on behalf of Debtor   White Mountain Holdings, Inc. epeterson@fslc.com,
           docket@fslc.com;bkdocket@fslc.com
          N. Neville Reid    on behalf of Debtor   White Mountain Holdings, Inc. nreid@fslc.com,
           bkdocket@fslc.com;kgoin@fslc.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 7
```